No. 84–473.  CERTAIN v. CITY OF HUNTSVILLE, ALABAMA. Sup. Ct. Ala.  Certiorari denied.

No. 84–754.  CITICORP v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. (two cases).  C. A. 2d Cir.  Certiorari denied.

No. 84–806.  BUCKINGHAM CORP. v. ODOM CORP., DBA ARIZONA DISTRIBUTING CO.  C. A. 9th Cir.  Certiorari denied.

No. 84–948.  CRAWFORD COUNTY, WISCONSIN v. HEIAR ET AL. C. A. 7th Cir.  Certiorari denied.

No. 84–1271.  JOHNSON, EXECUTRIX OF THE ESTATE OF JOHNSON, ET AL. v. AMERICAN AIRLINES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 84–1373.  FAUL v. UNITED STATES;
No. 84–6332.  BROER v. UNITED STATES; and
No. 84–6350.  KAHL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 84–1404.  HUENE ET UX. v. UNITED STATES ET AL. C. A. 9th Cir.  Certiorari denied.

No. 84–1406.  MARRESE ET AL. v. INTERQUAL, INC., ET AL. C. A. 7th Cir.  Certiorari denied.

No. 84–1425.  NORTHERN ILLINOIS GAS CO. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–1437.  ALEXANDER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 84–1518.  TRI-STATE MOTOR TRANSIT CO. ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL.  C. A. 8th Cir.  Certiorari denied.